**B1 (Official Form 1)(04/13)**

# United States Bankruptcy Court
## Western District of Virginia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**IBCS Mining, Inc., Kentucky Division** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-2228711** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**944 Glen Wood Station Lane, Suite 101**<br>**Charlottesville, VA**<br>ZIP Code **22901** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Charlottesville Ci** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **IBCS Mining, Inc., Kentucky Division** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **IBCS Mining, Inc.** | Case Number: **14-61215** | Date Filed: **6/27/14** |
| District: **Western District of Virginia** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **IBCS Mining, Inc., Kentucky Division** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Robert S. Westermann**
Signature of Attorney for Debtor(s)

**Robert S. Westermann 43294**
Printed Name of Attorney for Debtor(s)

**Hirschler Fleischer, P.C.**
Firm Name

**The Edgeworth Building
P.O. Box 500
Richmond, VA 23218-0500**

Address

Email: rmcburney@hf-law.com
**804-771-9500  Fax: 804-644-0957**
Telephone Number

**June 27, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edmund Scarborough**
Signature of Authorized Individual

**Edmund Scarborough**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 27, 2014**
Date

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Western District of Virginia

In re  **IBCS Mining, Inc., Kentucky Division**                                        Case No.
                                         Debtor(s)                                     Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Appalachian States Analytical LLC<br>147 Eleventh Ave Suite 100<br>Charleston, WV 25303 | Appalachian States Analytical LLC<br>147 Eleventh Ave Suite 100<br>Charleston, WV 25303 | | | 67.50 |
| Art's Rental Equipment & Supply Inc<br>215 East Sixth St<br>Newport, KY 41071 | Art's Rental Equipment & Supply Inc<br>215 East Sixth St<br>Newport, KY 41071 | | | 84,826.51 |
| BB&T<br>BB&T Item Processing Center<br>PO Box 580048<br>Charlotte, NC 28258-0048 | BB&T<br>BB&T Item Processing Center<br>PO Box 580048<br>Charlotte, NC 28258-0048 | | | 108,523.80 |
| BB&T<br>c/o Britteny N. Jenkins<br>P.O. Box 90<br>Roanoke, VA 24002 | BB&T<br>c/o Britteny N. Jenkins<br>P.O. Box 90<br>Roanoke, VA 24002 | Confessed Judgment | Disputed | 1,019,015.37 |
| BB&T<br>c/o Britteny N. Jenkins<br>P.O. Box 90<br>Roanoke, VA 24002 | BB&T<br>c/o Britteny N. Jenkins<br>P.O. Box 90<br>Roanoke, VA 24002 | Confessed Judgment | | 341,341.66 |
| CT Corporation<br>PO BX 4349<br>Carol Stream, IL 60197-4349 | CT Corporation<br>PO BX 4349<br>Carol Stream, IL 60197-4349 | | | 551.65 |
| First Citizens Bank<br>2101 Dominion Dr<br>Charlottesville, VA 22901 | First Citizens Bank<br>2101 Dominion Dr<br>Charlottesville, VA 22901 | | | 51,762.08 |
| John Deere Construction & Forestry<br>c/o Elizabeth Lee Thompson<br>250 W. Main St, Ste 2300<br>Lexington, KY 40507 | John Deere Construction & Forestry<br>c/o Elizabeth Lee Thompson<br>250 W. Main St, Ste 2300<br>Lexington, KY 40507 | Equipment | Disputed | 49,716.29<br><br>(Unknown secured) |
| John Deere Construction & Forestry<br>c/o Elizabeth Lee Thompson<br>250 W. Main St, Ste 2300<br>Lexington, KY 40507 | John Deere Construction & Forestry<br>c/o Elizabeth Lee Thompson<br>250 W. Main St, Ste 2300<br>Lexington, KY 40507 | Equipment | | 2,876,994.70<br><br>(Unknown secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **IBCS Mining, Inc., Kentucky Division**  Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **John Deere Financial**<br>**PO Box 4450**<br>**Carol Stream, IL 60197-4450** | **John Deere Financial**<br>**PO Box 4450**<br>**Carol Stream, IL 60197-4450** | | | **721,139.16** |
| **Lowe's Business Account**<br>**PO BOX 530970**<br>**Atlanta, GA 30353-0970** | **Lowe's Business Account**<br>**PO BOX 530970**<br>**Atlanta, GA 30353-0970** | | | **5,734.08** |
| **Norman Mullins**<br>**348 Ascue Drive**<br>**Cedar Bluff, VA 24609** | **Norman Mullins**<br>**348 Ascue Drive**<br>**Cedar Bluff, VA 24609** | | | **13,262.36** |
| **Norman Mullins**<br>**348 Ascue Road**<br>**Cedar Bluff, VA 24609** | **Norman Mullins**<br>**348 Ascue Road**<br>**Cedar Bluff, VA 24609** | **Property located on the Right Fork of Peter Creek in Pike County, Kentucky** | | **628,628.69**<br><br>**(Unknown secured)** |
| **Norshield Security Products, LLC**<br>**c/o Richard E Hagerty**<br>**1850 Towers Crescent Plaza, Ste 500**<br>**Vienna, VA 22182** | **Norshield Security Products, LLC**<br>**c/o Richard E Hagerty**<br>**1850 Towers Crescent Plaza, Ste 500**<br>**Vienna, VA 22182** | **Confessed Judgment** | | **290,582.05** |
| **Rogers Petroleum Services, Inc.**<br>**PO BOX 162**<br>**Pikeville, KY 41501-0162** | **Rogers Petroleum Services, Inc.**<br>**PO BOX 162**<br>**Pikeville, KY 41501-0162** | | | **19,384.03** |
| **Savage Trucking**<br>**901 W. Legacy Center Way**<br>**Midvale, UT 84047** | **Savage Trucking**<br>**901 W. Legacy Center Way**<br>**Midvale, UT 84047** | | | **550,000.00** |
| **Trey K Electric**<br>**PO BX 235**<br>**Kimper, KY 41539** | **Trey K Electric**<br>**PO BX 235**<br>**Kimper, KY 41539** | | | **5,157.25** |
| **Virginia Community Bank**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Virginia Community Bank**<br>**PO Box 888**<br>**Louisa, VA 23093** | | | **4,696.61** |
| **Williams Bros Coal Co., Inc.**<br>**258 Cantrell Road**<br>**Mouthcard, KY 41548** | **Williams Bros Coal Co., Inc.**<br>**258 Cantrell Road**<br>**Mouthcard, KY 41548** | | | **171,950.00** |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **IBCS Mining, Inc., Kentucky Division**                                  Case No.
                                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 27, 2014**                     Signature   **/s/ Edmund Scarborough**
                                                      **Edmund Scarborough**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

IBCS Mining, Inc., Kentucky Division -

APPALACHIAN STATES ANALYTICAL LLC
147 ELEVENTH AVE SUITE 100
CHARLESTON, WV 25303


ART'S RENTAL EQUIPMENT & SUPPLY INC
215 EAST SIXTH ST
NEWPORT, KY 41071


BB&T
C/O BRITTENY N. JENKINS
P.O. BOX 90
ROANOKE, VA 24002


BB&T
BB&T ITEM PROCESSING CENTER
PO BOX 580048
CHARLOTTE, NC 28258-0048


BB&T
C/O BRITTENY N. JENKINS
P.O. BOX 90
ROANOKE, VA 24002


CT CORPORATION
PO BX 4349
CAROL STREAM, IL 60197-4349


EDMUND SCARBOROUGH
6850 CR 544 EAST
HAINES CITY, FL 33845


EDMUND SCARBOROUGH
6850 CR 544 EAST
HAINES CITY, FL 33845


FIRST CITIZENS BANK
2101 DOMINION DR
CHARLOTTESVILLE, VA 22901


IBCS GROUP, INC.
944 GLENWOOD STATION LN, STE 104
CHARLOTTESVILLE, VA 22901

IBCS Mining, Inc.; Kentucky Division -


IBCS GROUP, INC.
944 GLENWOOD STATION LN, STE 104
CHARLOTTESVILLE, VA 22901


IBCS MINING, INC.
944 GLENWOOD STATION LN, STE 104
CHARLOTTESVILLE, VA 22901


IBCS MINING, INC.
944 GLENWOOD STATION LN, STE 104
CHARLOTTESVILLE, VA 22901


IBCS MINING, INC.
944 GLENWOOD STATION LN, STE 104
CHARLOTTESVILLE, VA 22901


IBCS MINING, INC.
944 GLENWOOD STATION LN, STE 104
CHARLOTTESVILLE, VA 22901


IBCS MINING, INC.
944 GLENWOOD STATION LN, STE 104
CHARLOTTESVILLE, VA 22901


JOHN DEERE CONSTRUCTION & FORESTRY
C/O ELIZABETH LEE THOMPSON
250 W. MAIN ST, STE 2300
LEXINGTON, KY 40507


JOHN DEERE CONSTRUCTION & FORESTRY
C/O ELIZABETH LEE THOMPSON
250 W. MAIN ST, STE 2300
LEXINGTON, KY 40507


JOHN DEERE FINANCIAL
PO BOX 4450
CAROL STREAM, IL 60197-4450


LOWE'S BUSINESS ACCOUNT
PO BOX 530970
ATLANTA, GA 30353-0970


NORMAN MULLINS
348 ASCUE DRIVE
CEDAR BLUFF, VA 24609

IBCS Mining, Inc., Kentucky Division -

NORMAN MULLINS
348 ASCUE ROAD
CEDAR BLUFF, VA 24609

NORSHIELD SECURITY PRODUCTS, LLC
C/O RICHARD E HAGERTY
1850 TOWERS CRESCENT PLAZA, STE 500
VIENNA, VA 22182

ROGERS PETROLEUM SERVICES, INC.
PO BOX 162
PIKEVILLE, KY 41501-0162

SAVAGE TRUCKING
901 W. LEGACY CENTER WAY
MIDVALE, UT 84047

TREY K ELECTRIC
PO BX 235
KIMPER, KY 41539

VIRGINIA COMMUNITY BANK
PO BOX 888
LOUISA, VA 23093

WILLIAMS BROS COAL CO., INC.
258 CANTRELL ROAD
MOUTHCARD, KY 41548

# United States Bankruptcy Court
## Western District of Virginia

In re  **IBCS Mining, Inc., Kentucky Division**                             Case No.
                                                  Debtor(s)                  Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **IBCS Mining, Inc., Kentucky Division**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**IBCS Mining, Inc.
944 Glen Wood Station Ln., Ste 101
Charlottesville, VA 22901**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 27, 2014** | **/s/ Robert S. Westermann** |
| Date | **Robert S. Westermann 43294** |
| | Signature of Attorney or Litigant |
| | Counsel for  **IBCS Mining, Inc., Kentucky Division** |
| | **Hirschler Fleischer, P.C.** |
| | **The Edgeworth Building** |
| | **P.O. Box 500** |
| | **Richmond, VA 23218-0500** |
| | **804-771-9500 Fax:804-644-0957** |
| | **rmcburney@hf-law.com** |